UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| RADIO SYSTEMS CORPORATION d/b/a PETSAFE BRANDS, </br></br> Plaintiff, </br></br> v. </br></br> TAIZHOU XINGYI TECHNOLOGY CO., LTD. d/b/a PET HAHA, </br></br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) No. 3:25-CV-622-TAV-JEM |

**O R D E R**

This case is before the Court pursuant to 28 U.S.C. § 636, the Rules of this Court, and the Order [Doc. 18] referring the matter by United States District Judge Thomas A. Varlan.

On December 29, 2025, Plaintiff commenced this action by filing the Complaint [Doc. 1], and on December 30, 2025, Plaintiff filed an Amended Complaint seeking injunctive relief and damages against Defendant [Doc. 8]. On December 31, 2025, Plaintiff filed a Motion for Temporary Restraining Order [Doc. 9]. Defendant has not yet appeared in this case.

On January 13, 2026, the undersigned's Chambers received an email stating Defendant retained Glacier Law, LLP and is in the process of identifying and retaining local counsel. Additionally, the email requested an opportunity to respond to Plaintiff's motion [Doc. 9]. In light of the email, the Court determines briefing on Plaintiff's motion [Doc. 9] is appropriate.

Defendant **SHALL** file any response to Plaintiff's motion by **January 27, 2026**. Plaintiff **SHALL** file any reply by **February 3, 2026**.[1] If necessary, the Court will set an in-person hearing after the matter is fully briefed. *See* E.D. Tenn. L.R. 7.2. The Court **DIRECTS** Plaintiff to serve this Order on Defendant.

**IT IS SO ORDERED.**

ENTER:

_____
Jill E. McCook
United States Magistrate Judge

---

[1] In the email from an attorney with Glacier Law LLP, Defendant noted that it had contacted Plaintiff's counsel to meet and confer about a "workable TRO briefing schedule." To the extent the parties reach an agreement in that regard, they shall promptly notify the Court.