UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| RADIO SYSTEMS CORPORATION <br> d/b/a PETSAFE BRANDS, <br><br> Plaintiff, <br><br> v. <br><br> TAIZHOU XINGYI TECHNOLOGY CO., <br> LTD. d/b/a PET HAHA, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 3:25-CV-622-TAV-JEM <br> ) <br> ) <br> ) <br> ) <br> ) |

**O R D E R**

This case is before the Court pursuant to 28 U.S.C. § 636, the Rules of this Court, and the Order [Doc. 18] referring the matter by United States District Judge Thomas A. Varlan.

On December 29, 2025, Plaintiff commenced this action by filing the Complaint [Doc. 1], and on December 30, 2025, Plaintiff filed an Amended Complaint seeking injunctive relief and damages against Defendant [Doc. 8]. On December 31, 2025, Plaintiff filed a Motion for Temporary Restraining Order ("Motion for TRO") [Doc. 9] and a Motion to Expedite Discovery [Doc. 15].

On January 13, 2026, the undersigned's Chambers received an email stating Defendant retained Glacier Law, LLP and was in the process of identifying and retaining local counsel. Additionally, the email requested an opportunity to respond to Plaintiff's Motion for TRO [Doc. 9]. In light of the email, the Court determined briefing on Plaintiff's Motion for TRO [Doc. 9] was appropriate. On January 15, 2026, the Court entered an Order directing Defendant to

file a response to Plaintiff's Motion for TRO by January 27, 2026, and Plaintiff to file any reply by February 3, 2026 [Doc. 19].

Following the Court's Order, on January 20, 2026, Attorney Adam Rust entered a Notice of Appearance on behalf of Defendant [Doc. 20] and, on the same day, filed Defendant's Motion for Evidentiary Hearing and Expedited Discovery [Doc. 21]. It requests the Court reset the briefing schedule, schedule an evidentiary hearing, and permit expedited discovery to address issues raised in Plaintiff's Motion for TRO [*See id.*].

Considering the above filings, the Court **SUSPENDS** the briefing deadlines set forth in the Order [**Doc. 19**]. The parties **SHALL** meet and confer either by telephone, videoconference, or in person on the parties' requests for expedited discovery [Docs. 15 and 21]. The parties **SHALL** file a joint status report explaining the status of each discovery request and the parties' respective positions as to each request on or before **January 30, 2026**. The Court will contact the parties for a hearing on the parties' motions [Docs. 15 and 21] and will set the briefing schedule on Plaintiff's Motion for TRO [Doc. 9] at a later date.

**IT IS SO ORDERED.**

ENTER:

*Jill E. McCook*
Jill E. McCook
United States Magistrate Judge