UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| RADIO SYSTEMS CORPORATION d/b/a PETSAFE BRANDS, | ) ) ) | |
| Plaintiff, | ) ) ) ) | |
| v. | ) ) | No. 3:25-CV-622-TAV-JEM |
| TAIZHOU XINGYI TECHNOLOGY CO., LTD. d/b/a PET HAHA, | ) ) ) ) | |
| Defendant. | ) ) | |

**O R D E R**

This case is before the Court pursuant to 28 U.S.C. § 636, the Rules of this Court, and the Order [Doc. 18] referring the matter by United States District Judge Thomas A. Varlan.

On December 29, 2025, Plaintiff commenced this action by filing the Complaint [Doc. 1], and on December 30, 2025, Plaintiff filed an Amended Complaint seeking injunctive relief and damages against Defendant [Doc. 8]. On December 31, 2025, Plaintiff filed a Motion for Temporary Restraining Order [Doc. 9] and a Motion for Leave to Take Expedite Discovery [Doc. 15]. After Defendant appeared in this case, on January 20, 2026, it filed a Motion for Evidentiary Hearing and Expedited Discovery [Doc. 21]. On January 22, 2026, the undersigned ordered the parties to meet and confer on the parties' requests for expedited discovery and to file a joint status report updating the Court on their progress and to discuss a hearing date [Doc. 24].

On February 12, 2026, the undersigned held a telephone conference to discuss the parties' Joint Status Report [Doc. 25]. During the conference, the parties agreed on an expedited discovery schedule. The parties agreed to serve responses to written discovery requests by February 27,

2026,[1] and complete depositions on or before March 20, 2026. The parties also agreed to a briefing scheduling to address Plaintiff's pending Motion for Temporary Restraining Order [Doc. 9]. Defendant will file its response on or before April 3, 2026, and Plaintiff may file a reply on or before April 10, 2026. The parties further agreed to April 29, 2026, for an evidentiary hearing before the undersigned. The parties' Joint Status Report [Doc. 25] also indicated two discovery disputes, but considering their representations during the telephone conference, it appears the parties resolved the issues with no Court intervention needed at this time.

Given the parties' representations in the Joint Status Report and during the telephone conference, and their agreements regarding discovery and briefing and a hearing date, the Court **DENIES as moot** Plaintiff's Motion to Expedite Discovery [**Doc. 15**] and Defendant's Motion for Evidentiary Hearing and Expedited Discovery [**Doc. 21**]. The Court also **ORDERS** as follows:

(1) the parties **SHALL** serve responses to written discovery requests by **February 27, 2026**;

(2) the parties **SHALL** complete depositions by **March 20, 2026**;

(3) Defendant **SHALL** file any response to Plaintiff's motion [Doc. 9] by **April 3, 2026**;

(4) Plaintiff **SHALL** file any reply by **April 10, 2026**; and

(5) the parties shall appear for evidentiary hearing on **April 29, 2026, at 9:30 a.m.**

---

[1] The parties exchanged discovery requests on January 30, 2026.

**IT IS SO ORDERED.**

                ENTER:

                */s/ Jill E. McCook*
                Jill E. McCook
                United States Magistrate Judge